**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YEHORAM UZIEL,<br>  Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, et al.,<br>  Defendants. | CV 25-4437 DSF (DTB)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. 1), the Motion to Dismiss the Complaint filed by the Honorable Wendy Chang, Judge of the Superior Court of California, County of Los Angeles, and the Superior Court of California, County of Los Angeles ("Judicial Defendants' Motion to Dismiss"; Dkt. 8), Plaintiff's Opposition to the Motion to Dismiss (Dkt. 16), the Judicial Defendants' Reply to Plaintiff's Opposition (Dkt. 17), the Report and Recommendation of the Magistrate Judge ("Report"; Dkt. 42), Plaintiff's Objections to the Report ("Objections"; Dkt. 45), and other relevant records on file.  Defendants did not file an optional response to Plaintiff's Objections, and the time to do so has expired.  (Dkt. 43).

The Court has conducted a <u>de novo</u> review of the portions of the Report to which Objections were directed.  Although not required, the Court briefly addresses the following.  See <u>United States v. Ramos</u>, 65 F.4th 427, 434 (9th Cir. 2023) ("the district court ha[s] no obligation to provide individualized analysis of each objection"); <u>Wang v. Masaitis</u>, 416 F.3d 992, 1000 (9th Cir. 2005) (affirming a cursory district court

order summarily adopting, without addressing any objections, a magistrate judge's report and recommendation).

Plaintiff contends that the Report mistakenly assumed the Superior Court was a Defendant, a related point he also made in his Opposition to the Motion to Dismiss. See Dkt. 16 at 3; Dkt. 45 at 4. However, it is not clear the Report in fact treated that entity as a separate Defendant, as Plaintiff claims. Although the Report briefly discusses the Eleventh Amendment immunity of the Superior Court, that analysis is limited to discussing Defendant Judge Chang's official-capacity immunity for her duties performed in the Superior Court. See Dkt. 42 at 19. Additionally, the Report's summary of the complaint does not identify the Superior Court as a Defendant, and it recommends dismissal of claims solely against Judge Chang. See Dkt. 42 at 2, 19-20.

Nonetheless, Plaintiff's Complaint names the "Superior Court of the State of California for the County of Los Angeles" as a Defendant in the caption, and the captions of other initial filings are similarly styled. See Dkts. 1, 1-1, 2. As a result, this Court's docket reflects that Defendant and, understandably, the Superior Court appeared in this action collectively with Judge Chang as "Judicial Defendants," and they jointly moved to dismiss. Dkts. 8, 17. Accordingly, to the extent the Superior Court of California, County of Los Angeles has been treated as a Defendant, or that the entity has voluntarily appeared in this action and now seeks dismissal, it is DISMISSED from this case based on Plaintiff's representations that he did not intend to sue it as a Defendant. See Dkt. 16 at 3; Dkt. 45 at 4.

With this clarification, the Court accepts and adopts the Report.

Accordingly, it is ordered that:

1. Plaintiff's Objections are OVERRULED except to the extent clarified above (Dkt. 45).

2. the Judicial Defendants' Motion to Dismiss is GRANTED (Dkt. 8), and all claims alleged against the Honorable Wendy Chang, Judge of the Superior Court of California, County of Los Angeles, as well as

the Superior Court of California, County of Los Angeles, are DISMISSED without leave to amend.

3.  if Plaintiff still desires to pursue this action, he must file a First Amended Complaint within thirty (30) days of the date of this Order clearly identifying the remaining Defendants and the pertinent claims against each Defendant he intends to pursue.

4.  The Clerk serve this Order and the Report on all counsel or parties of record.

IT IS SO ORDERED.

Date: April 9, 2026

_____
Dale S. Fischer
United States District Judge